UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| MAYBELLYN LAMOURT | ) |
| *Plaintiff* | ) |
|  | ) |
| v. | ) |
|  | ) |
| MANCHESTER PANCAKES, INC. | ) |
| *Defendant* | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Manchester Pancakes, Inc.("Defendant") hereby gives notice of the removal of this action, which is currently pending in the Judicial District of New Britain at New Britain, captioned Maybellyn Lamourt v. Manchester Pancakes, Inc., to the United States District Court for the District of Connecticut. As grounds for removal, Defendant states as follows:

1. Defendant removes this case on the basis of diversity jurisdiction, on the grounds that there is complete diversity of citizenship among the parties to this litigation and the amount in controversy exceeds $75,000 exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)(1) ("The district courts shall have original jurisdiction of all civil actions

where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.").

## BACKGROUND

2. Plaintiff Maybellyn Lamourt ("Plaintiff") filed her complaint against Defendant ("Complaint") in the Judicial District of New Britain at New Britain with a return date of September 22, 2020. A copy of the Summons and Complaint in the State court action is attached hereto as **Exhibit A**.

3. In her Complaint, Plaintiff alleges that on June 6, 2019, she was an invitee at Defendant's premises located at 191 Deming Street, Manchester, Connecticut ("premises"). *See* Complaint, ¶ 4. Plaintiff further alleges that she was caused to slip and fall at Defendant's premises and, as a result, sustained injuries. *Id*. at ¶ 4. Plaintiff asserts negligence against Defendant. *Id.* at ¶ 5.

## TIMELINESS OF REMOVAL

4. Defendant was served with Plaintiff's Complaint on or about August 18, 2020. *See* **Exhibit B.**

5. This Notice of Removal is timely because it is filed within 30 days from the date that the last defendant received service of the Complaint. *See* 28 U.S.C. §§ 1441(e), 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 348 (removal period triggered by service).

## DIVERSITY OF CITIZENSHIP

6. Complete diversity of citizenship exists in this matter because Defendant is a citizen of a different State from Plaintiff. *See* 28 U.S.C. § 1332(a).

7. Plaintiff is a citizen of Connecticut. *See* **Exhibit C,** Affidavit of Kevin J. O'Leary, paragraph 1.

8. At the time of the filing of the Complaint, Defendant was, and currently is, a corporation organized under the laws of Nevada and with its principal place of business located in California. *See* **Exhibit C,** Affidavit of Kevin J. O'Leary, paragraphs 2-3.

9. For the purposes of removal, Defendant is not a citizen of Connecticut. *See* **Exhibit C**

10. There is complete diversity between Plaintiff and Defendant in this action. *See* 28 U.S.C. § 1332(a)(1).

## AMOUNT IN CONTROVERSY

11. Based on Plaintiff's allegations, the amount in controversy in this case exceeds the jurisdictional minimum of $75,000 required for diversity jurisdiction pursuant to 28 U.S.C. § 1332.

12. Plaintiff alleges that, as a result of the incident on June 6, 2019, she sustained injuries to her head, beck, back, shoulders, ribs, chest and left knee, including mental distress. *See* Complaint, ¶ 6.

13. Plaintiff alleges in her Statement of Amount in Demand that monetary damages are in excess of $15,000. *Id*.

14. Plaintiff has made a demand to resolve this case in excess of $75,000 amount necessary to establish diversity jurisdiction. *See* Affidavit of Kevin J. O'Leary, attached hereto as **Exhibit C**, Affidavit of Kevin J. O'Leary, paragraph 4

## ALL PROCEDURAL PREREQUISITES TO REMOVAL HAVE BEEN MET

15. Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), Defendant is filing this Notice of Removal in the federal district court for the district within which the State court complaint was filed.

16. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches all process, pleadings, and orders that have been filed, served or received by Defendant in this action as **Exhibit A**.

17. Pursuant to 28 U.S.C. § 1391, venue is proper in the United States District Court for the District of Connecticut, as the Complaint in this action was filed in the Judicial District of New Britain at New Britain.

18. Defendant has given written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Judicial District of New Britain, as required by 28 U.S.C. § 1446(d).

19. In removing this action, Defendant does not intend to waive any rights or defenses to which it is otherwise entitled under the Federal Rules of Civil Procedure.

20. Based upon the record submitted with this notice, this Court has jurisdiction over Plaintiff's claims and the Complaint is properly removed to this Court.

WHEREFORE, Defendant Manchester Pancake, Inc. respectfully requests that this action proceed in the United States District Court for the District of Connecticut, as an action properly removed from state court.

Respectfully submitted by,
Defendant
MANCHESTER PANCAKES, INC.
By its attorneys,

/s/ Kevin J. O'Leary
_____
Kevin J. O'Leary, ct30271
COUGHLIN BETKE LLP

175 Federal Street<br>
Boston, MA 02110<br>
(617) 988-8050<br>
koleary@coughlinbetke.com

## **CERTIFICATE OF SERVICE**

I, Kevin J. O'Leary, hereby certify that on this 14th day of September 2020, I served a copy of the within document upon all parties of record via the Court ECF system or in the alternative served a copy of this document via first class mail.

Jeffrey D. Lynch,
Perkins and Associates
30 Lucy Street
Woodbridge, CT 06525

/s/ Kevin J. O'Leary

_____
Kevin J. O'Leary, Esq. (ct30271)