**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 20 Frankin Square, New Britain, CT 06051 | ( 860 ) 515 − 5180 | September 22, 2020 |

| ☒ Judicial District ☐ Housing Session | G.A. Number: | At (City/Town) New Britain | Case type code (See list on page 2) Major: T  Minor: 03 |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Perkins & Associates, 30 Lucy Street, Woodbridge, Connecticut  06525 | 421154 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 203 ) 397 − 1283 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) wkowarik@perkinsandassoc.com |
|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Lamourt, Maybellyn  Address: 119 Beech Street, Bristol, CT 06010 | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| First defendant | Name: ~~IHOP RESTAURANTS LLC c/o their Agent for Service CORPORATION SERVICE COMPANY~~  Address: ~~50 WESTON ST, HARTFORD, CT, 06120-1537~~ | D-01 |
| Additional defendant | Name: MANCHESTER PANCAKES, INC  Address: c/o PARACORP INCORPORATED  1587 HAMILTON AVE. WATERBURY, CT 06706 | D-02 |
| Additional defendant | Name:  Address: | D-03 |
| Additional defendant | Name:  Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court ☐ Clerk | Name of person signing Jeffrey D. Lynch |
|---|---|---|---|

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

RETURN DATE: SEPTEMBER 22, 2020:     SUPERIOR COURT

MAYBELLYN LAMOURT              :     J.D. OF NEW BRITAIN

V.                                                  :     AT NEW BRITAIN

MANCHESTER PANCAKES, INC.     :     AUGUST 13, 2020

**COMPLAINT**

1. On or about June 6, 2019, and for some time prior thereto, the defendant possessed and/or controlled a restaurant located at 191 Deming Street, known as IHOP, in the City of Manchester and the State of Connecticut (hereinafter the "premises").

2. At all relevant times, the defendant invited guests, including the plaintiff, to enter upon the premises.

3. It was the duty of the defendant to exercise care to maintain the premises in a reasonably safe condition for guests, including the plaintiff.

4. On or about June 6, 2019, the plaintiff was lawfully upon the premises and while she was walking across the bathroom floor (the "floor") she was caused to slip on a liquid substance (the "fall"), sustaining the injuries hereinafter set forth.

5. The fall of the plaintiff was caused by the carelessness and negligence of the defendant in one or more of the following ways:

PERKINS & ASSOCIATES - Attorneys at Law
30 Lucy Street   Woodbridge, CT 06525   (203) 397-1283

    a.    It caused or allowed and permitted the floor to be slippery and dangerous for use;

    b.    It maintained said floor in the aforesaid condition;

    c.    It failed to properly warn of the slippery and dangerous condition;

    d.    The defendant created the unsafe condition;

    e.    The defendant failed to inspect said bathroom for hazardous conditions;

    f.    The defendant failed to place cones or other apparatus to identify the slippery condition and block it off from customers; and

    f.    It otherwise failed to exercise due care in maintaining the premises and/or the floor.

6. As a result of said fall, the plaintiff was forced to suffer the following injuries, some or all of which may be permanent in nature:

    a.    Injury to the head including concussion;

    b.    Injury to the neck;

    c.    Injury to the back;

    d.    Injury to the bilateral shoulders;

    e.    Injury to the ribs;

    f.    Injury to the chest

      g.      Injuries to the left knee; and

      h.      Emotional distress.

7.    As a result of said fall and resultant injuries, the plaintiff has been forced and will continue to suffer pain and a loss of her enjoyment of life's leisure activities.

8.    As a further result of said fall and resultant injuries, the plaintiff was forced to expend money for medical care and may be obliged in the future to expend further sums for such purposes.

THE PLAINTIFF

BY:_____
Jeffrey D. Lynch
Perkins and Associates
30 Lucy Street
Woodbridge, CT 06525
Tel. No.: (203) 397-1293
Juris No.: 421154

PERKINS & ASSOCIATES - Attorneys at Law
30 Lucy Street   Woodbridge, CT 06525   (203) 397-1283

| | | |
|---|---|---|
| RETURN DATE: SEPTEMBER 22, 2020: | : | SUPERIOR COURT |
| MAYBELLYN LAMOURT | : | J.D. OF NEW BRITAIN |
| V. | : | AT NEW BRITAIN |
| MANCHESTER PANCAKES, INC. | : | AUGUST 13, 2020 |

### PRAYER FOR RELIEF

The plaintiff claims:

1. Monetary damages;

2. Such other and further relief as the court deems fair and equitable.

THE PLAINTIFF

BY:_____
Jeffrey D. Lynch
Perkins and Associates
30 Lucy Street
Woodbridge, CT 06525
Tel. No.: (203) 397-1293
Juris No.: 421154

PERKINS & ASSOCIATES - Attorneys at Law
30 Lucy Street   Woodbridge, CT 06525   (203) 397-1283

| | |
|---|---|
| RETURN DATE: SEPTEMBER 22, 2020: | SUPERIOR COURT |
| MAYBELLYN LAMOURT | J.D. OF NEW BRITAIN |
| V. | AT NEW BRITAIN |
| MANCHESTER PANCAKES, INC. | AUGUST 13, 2020 |

**STATEMENT OF AMOUNT IN DEMAND**

The amount, legal interest or property in demand is greater than $15,000.00, exclusive of interest and costs.

THE PLAINTIFF

BY: _____
Jeffrey D. Lynch
Perkins and Associates
30 Lucy Street
Woodbridge, CT 06525
Tel. No.: (203) 397-1293
Juris No.: 421154

PERKINS & ASSOCIATES - Attorneys at Law
30 Lucy Street   Woodbridge, CT 06525   (203) 397-1283